UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br> v. <br><br> THE VILLAS AT SKY VISTA HOMEOWNERS ASSOCIATION, et al. <br><br> Defendants. | Case No. 2:16-cv-00422-RCJ-PAL <br><br> ORDER <br><br> (Subst Atty – ECF No. #31) |

This matter is before the court on the Substitution of Counsel (ECF No. 31) filed September 2, 2016. Christopher V. Yergensen seeks leave to be substituted in the place and stead of Jay Hampton and Miles Hampton of Hampton & Hampton, PC for Defendant Hampton & Hampton Collections, LLC. LR IA 10-6 provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Substitution of Attorney (ECF No. 31) is **APPROVED**.
2. Christopher V. Yergensen is substituted in the place of Jay Hampton and Miles Hampton of Hampton & Hampton, PC for Defendant Hampton & Hampton Collections, LLC, subject to the provisions of LR IA 10-6(c) and (d).

DATED this 14th day of September, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE