ARIEL STERN, ESQ.
Nevada Bar No. 8276
ALLISON SCHMIDT, ESQ.
Nevada Bar No. 10743
AKERMAN LLP
1160 Town Center Drive, Suite 3300
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
       allison.schmidt@akerman.com
*Attorneys for Plaintiff*
*Bank of America, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> THE VILLAS AT SKY VISTA HOMEOWNERS ASSOCIATION; THUNDER PROPERTIES, INC.; HAMPTON & HAMPTON COLLECTIONS LLC, <br><br> Defendants. | Case No.:   2:16-cv-00422-JCM-PAL <br><br> **NOTICE OF DISASSOCIATION** |

Plaintiff Bank of America, N.A., (**BANA**) hereby provides notice Miles N. Clark, Esq. and Matthew Knepper are no longer associated with the law firm of Akerman LLP. **BANA** requests Mr. Clark and Mr. Knepper be removed from the CM/ECF service list.

Akerman LLP will continue to represent **BANA** and requests ARIEL STERN, ESQ. and ALLISON SCHMIDT, ESQ.. receive all future notices.

Respectfully submitted, this 8th day of November, 2016.

**AKERMAN LLP**

/s/ *Allison Schmidt, Esq.*
ARIEL STERN, ESQ.
Nevada Bar No. 8276
ALLISON SCHMIDT, ESQ.
Nevada Bar No. 10743
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572

{39965836;1}    1

*Attorneys for Nationstar*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: November 16, 2016

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the this 8th day of November, 2016, service of the foregoing **NOTICE OF DISASSOCIATION**, was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to all interested parties.

*/s/ Michael Hannon*
An employee of AKERMAN LLP