ARIEL STERN, ESQ.
Nevada Bar No. 8276
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1160 Town Center Drive, Suite 3300
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:   ariel.stern@akerman.com
            vatana.lay@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>           Plaintiff,<br><br>v.<br><br>THE VILLAS AT SKY VISTA HOMEOWNERS ASSOCIATION; THUNDER PROPERTIES, INC.; HAMPTON & HAMPTON COLLECTIONS LLC,<br><br>           Defendants. | Case No.:      2:16-cv-00422-JCM-PAL<br><br>**NOTICE OF DISASSOCIATION** |

Plaintiff Bank of America, N.A., (**BANA**) hereby provides notice Allison Schmidt, Esq. is no longer associated with the law firm of Akerman LLP.  **BANA** requests Ms. Schmidt be removed from the CM/ECF service list.

///
///
///
///
///
///
///
///
///

{40399754;1}                    1

Akerman LLP will continue to represent **BANA** and requests ARIEL STERN, ESQ. and VATANA LAY, ESQ. receive all future notices.

Respectfully submitted, this 20th day of January, 2017.

**AKERMAN LLP**

/s/ *Vatana Lay, Esq.*
ARIEL STERN, ESQ.
Nevada Bar No. 8276
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144

*Attorneys for Plaintiff Bank of America, N.A.*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: January 24, 2017

_____
UNITED STATES MAGISTRATE JUDGE

{40399754;1}

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the this 20th day of January, 2017, service of the foregoing **NOTICE OF DISASSOCIATION**, was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to all interested parties.

| | |
|---|---|
| Thomas E. McGrath<br>Tyson & Mendes, LLP<br>8275 South Eastern Ave., Ste. 115<br>Las Vegas, NV 89123 | Timothy Rhoda<br>Roger P. Croteau & Associates, Ltd.<br>9120 West Post Road<br>Suite 100<br>Las Vegas, NV 89148 |
| Christopher V. Yergensen<br>Nevada Association Services, Inc.<br>6224 West Desert Inn Road<br>Las Vegas, NV 89146 | |

*/s/ Renee Livingston*
An employee of AKERMAN LLP

{40399754;1}       3