ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JASON J. ZUMMO, ESQ.
Nevada Bar No. 13995
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
          jason.zummo@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

**EIGHTH JUDICIAL DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.:  2:16-cv-00422-JCM-PAL |
| Plaintiff, | Dept.:  XV |
| v. | |
| THE VILLAS AT SKY VISTA HOMEOWNERS ASSOCIATION; THUNDER PROPERTIES, INC.; HAMPTON & HAMPTON COLLECTIONS LLC, | **NOTICE OF DISASSOCIATION** |
| Defendants. | |

BANK OF AMERICA, N.A hereby provides notice Miles N. Clark, Esq., is no longer associated with the law firm of Akerman LLP.  **BANK OF AMERICA, N.A** requests Mr. Clark be removed from the CM/ECF service list.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

{41057149;1}

Akerman LLP will continue to represent **BANK OF AMERICA, N.A** and requests ARIEL E. STERN, ESQ. and JASON J. ZUMMO, ESQ. receive all future notices.

Respectfully submitted, this 7rd day of March, 2017.

                         **AKERMAN LLP**

                         */s/ Jason Zummo*
                         ARIEL E. STERN, ESQ.
                         Nevada Bar No. 8215
                         JASON J. ZUMMO, ESQ
                         Nevada Bar No. 12703
                         1160 Town Center Drive, Suite 330
                         Las Vegas, Nevada 89144
                         Telephone: (702) 634-5000
                         Facsimile: (702) 380-8572
                         *Attorneys for Plaintiff*

                         **COURT APPROVAL**

IT IS SO ORDERED.

Date: March 10, 2017

                         _____
                         UNITED STATES MAGISTRATE JUDGE