1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  JAMIE K. COMBS,, ESQ.
   Nevada Bar No. 13088
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, NV 89134
   Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
   Email: ariel.stern@akerman.com
6  Email: jamie.combs@akerman.com

7  *Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| BANK OF AMERICA, N.A., | Case No.: 2:16-cv-00422-JCM-PAL |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER** |
| THE VILLAS AT SKY VISTA HOMEOWNERS ASSOCIATION; THUNDER PROPERTIES, INC.; HAMPTON & HAMPTON COLLECTIONS LLC, | |
| Defendants. | |

Plaintiff, Bank of America **("BANA"),** by and through its attorneys of record, and Defendants, The Villas At Sky Vista Homeowners Associations **("HOA"),** Thunder Properties, Inc. **("Thunder"),** and Hampton & Hampton Collections, LLC **("Hampton"),** by and through each of their respective counsels of record, hereby stipulate and agree as follows:

1. The court denied BANA's motion for summary judgment on July 20, 2017. Pursuant to local rule 26-1(b)(5), the joint pre-trial order was due to be filed within 30 days after an order on a summary judgment motion is entered, or by August 20, 2017.

2. The parties recognize that the joint pre-trial order is overdue. The parties have held an in person pre-trial conference wherein they have discussed the joint pre-trial order as required by LR 16-3(b). A proposed joint pre-trial order has been circulated amongst all counsel and the parties are in the process of working out the details of the order.

43867801;1

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

3. In the meantime, the parties have also initiated settlement discussions.

4. The parties agree that no party will be prejudiced by the late filing of the joint pre-trial order, and that the delay has not been caused by the bad faith of any party nor was it intended to prejudice any party.

5. To allow the parties additional time to discuss settlement, the parties stipulate to extend the deadline to file a joint pre-trial order to **February 28, 2018.**

| | |
|---|---|
| **AKERMAN LLP**<br>*/s/ Jamie K. Combs*<br>Ariel E. Stern, Esq.<br>Nevada Bar No. 8276<br>Jamie K. Combs, Esq.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>*Attorneys for Plaintiff Bank of America, N.A.* | **ROGER P. CROTEAU & ASSOCIATES, LTD.**<br>*/s/ Timothy Rhoda*<br>Roger P. Croteau, Esq.<br>Nevada Bar No. 4958<br>Timothy Rhoda, Esq.<br>Nevada Bar No. 7878<br>9120 West Post Road, Ste. 100<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant Thunder Properties, Inc.* |
| **TYSON & MENDES, LLP**<br>/s/ *Thomas McGrath*<br>Thomas E. McGrath, Esq.<br>Nevada Bar No. 7086<br>8275 South Eastern Ave., Ste. 115<br>Las Vegas, NV 89123<br>*Attorney for Defendant the Villas at Sky Vista Homeowners Association* | /s/ *Brandon Wood*<br>Brandon Wood, Esq.<br>Nevada Bar No. 12900<br>6224 West Desert Inn Road<br>Las Vegas, NV 89146<br>*Attorney for Defendant Hampton & Hampton Collections LLC* |

## **ORDER**

**IT IS SO ORDERED.**
**IT IS FURTHER ORDERED** that no further extensions will be allowed.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 29, 2018

43867801;1