ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS,, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br> vs. <br><br> THE VILLAS AT SKY VISTA HOMEOWNERS ASSOCIATION; THUNDER PROPERTIES, INC.; HAMPTON & HAMPTON COLLECTIONS LLC, <br><br> Defendants. | Case No.: 2:16-cv-00422-JCM-PAL <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER** <br><br> **(SECOND REQUEST)** |

Plaintiff, Bank of America **("BANA"),** by and through its attorneys of record, and Defendants, The Villas At Sky Vista Homeowners Associations **("HOA"),** Thunder Properties, Inc. **("Thunder"),** and Hampton & Hampton Collections, LLC **("Hampton"),** by and through each of their respective counsels of record, hereby stipulate and agree as follows:

1. On January 19, 2018, the parties stipulated to extend the deadline to file a joint pre-trial order to February 28, 2018 to allow the parties additional time to discuss settlement and/or finalize the joint pre-trial order. ECF No. 64. The court approved of the stipulation on January 29, 2018. ECF No. 65.

2. The parties wish to again extend the deadline to file a joint pre-trial order to continue to allow the parties to discuss settlement and/or finalize the joint pre-trial order.

44250980;1

3. The parties therefore stipulate to extend the deadline to file a joint pre-trial order to **March 30, 2018.**

4. This request is made in good faith and not for the purpose of delay.

Dated: February 28, 2018

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| */s/ Jamie K. Combs* | */s/ Timothy Rhoda* |
| Ariel E. Stern, Esq. | Roger P. Croteau, Esq. |
| Nevada Bar No. 8276 | Nevada Bar No. 4958 |
| Jamie K. Combs, Esq. | Timothy Rhoda, Esq. |
| Nevada Bar No. 13088 | Nevada Bar No. 7878 |
| 1635 Village Center Circle, Suite 200 | 9120 West Post Road, Ste. 100 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89148 |
| *Attorneys for Plaintiff Bank of America, N.A.* | *Attorneys for Defendant Thunder Properties, Inc.* |

| **TYSON & MENDES, LLP** | |
|---|---|
| /s/ *Thomas McGrath* | /s/ *Brandon Wood* |
| Thomas E. McGrath, Esq. | Brandon Wood, Esq. |
| Nevada Bar No. 7086 | Nevada Bar No. 12900 |
| 8275 South Eastern Ave., Ste. 115 | 6224 West Desert Inn Road |
| Las Vegas, NV 89123 | Las Vegas, NV 89146 |
| *Attorney for Defendant the Villas at Sky Vista Homeowners Association* | *Attorney for Defendant Hampton & Hampton Collections LLC* |

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: March 7, 2018

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

2

44250980;1