ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS,, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:16-cv-00422-JCM-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE TRIAL** |
| THE VILLAS AT SKY VISTA HOMEOWNERS ASSOCIATION; THUNDER PROPERTIES, INC.; HAMPTON & HAMPTON COLLECTIONS LLC, | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff, Bank of America **("BANA"),** by and through its attorneys of record, and Defendants, The Villas At Sky Vista Homeowners Associations **("HOA"),** Thunder Properties, Inc. **("Thunder"),** and Hampton & Hampton Collections, LLC **("Hampton"),** by and through each of their respective counsels of record, hereby stipulate to continue trial to the next available stack convenient for the court. This request is made in good faith and not for the purpose of delay.

///

///

///

///

///

46647869;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

The parties request this continuance in light of various scheduling conflicts among the parties during this trial stack.

Dated: October 9, 2018

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| */s/ Jamie K. Combs*<br>Ariel E. Stern, Esq.<br>Nevada Bar No. 8276<br>Jamie K. Combs, Esq.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>*Attorneys for Plaintiff Bank of America, N.A.* | */s/ Timothy Rhoda*<br>Roger P. Croteau, Esq.<br>Nevada Bar No. 4958<br>Timothy Rhoda, Esq.<br>Nevada Bar No. 7878<br>9120 West Post Road, Ste. 100<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant Thunder Properties, Inc.* |
| **TYSON & MENDES, LLP** | **HAMPTON & HAMPTON** |
| /s/ *Thomas E. McGrath*<br>Thomas E. McGrath, Esq.<br>Nevada Bar No. 7086<br>8275 South Eastern Ave., Ste. 115<br>Las Vegas, NV 89123<br>*Attorney for Defendant the Villas at Sky Vista Homeowners Association* | /s/ *Brandon Wood*<br>Brandon Wood, Esq.<br>Nevada Bar No. 12900<br>6224 West Desert Inn Road<br>Las Vegas, NV 89146<br>*Attorney for Defendant Hampton & Hampton Collections LLC* |

## **ORDER**

**IT IS SO ORDERED.** This case is continued for a jury trial on the stacked calendar on **December 3, 2018 at 9:00 a.m.** Calendar Call will be held on **November 28, 2018 at 1:30 p.m.**

_____
UNITED STATES DISTRICT JUDGE

DATE: October 10, 2018

2

46647869;1