ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS,, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> THE VILLAS AT SKY VISTA HOMEOWNERS ASSOCIATION; THUNDER PROPERTIES, INC.; HAMPTON & HAMPTON COLLECTIONS LLC, <br><br> Defendants. | Case No.: 2:16-cv-00422-JCM-PAL <br><br> **STIPULATION AND ORDER TO CONTINUE TRIAL** <br><br> **(SECOND REQUEST)** |

Plaintiff, Bank of America **("BANA")**, by and through its attorneys of record, and Defendants, The Villas At Sky Vista Homeowners Associations **("HOA")**, Thunder Properties, Inc. **("Thunder")**, and Hampton & Hampton Collections, LLC **("Hampton")**, by and through each of their respective counsels of record, hereby stipulate to continue trial to the next available stack convenient for the court on or after January 7, 2019.

/ / /

/ / /

/ / /

/ / /

/ / /

47107770;1

This request is made in good faith and not for the purpose of delay.

Dated: November 28, 2018

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| */s/ Jamie K. Combs* | */s/ Roger P. Croteau* |
| Ariel E. Stern, Esq. | Roger P. Croteau, Esq. |
| Nevada Bar No. 8276 | Nevada Bar No. 4958 |
| Jamie K. Combs, Esq. | Timothy Rhoda, Esq. |
| Nevada Bar No. 13088 | Nevada Bar No. 7878 |
| 1635 Village Center Circle, Suite 200 | 9120 West Post Road, Ste. 100 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89148 |
| *Attorneys for Plaintiff Bank of America, N.A.* | *Attorneys for Defendant Thunder Properties, Inc.* |

| **TYSON & MENDES, LLP** | **HAMPTON & HAMPTON** |
|---|---|
| /s/ *Christopher A. Lund* | */s/ Brandon Wood* |
| Thomas E. McGrath, Esq. | Brandon Wood, Esq. |
| Nevada Bar No. 7086 | Nevada Bar No. 12900 |
| Christopher A. Lund, Esq. | 6224 West Desert Inn Road |
| Nevada Bar No. 12435 | Las Vegas, NV 89146 |
| 8275 South Eastern Ave., Ste. 115 | *Attorney for Defendant Hampton & Hampton Collections LLC* |
| Las Vegas, NV 89123 | |
| *Attorney for Defendant the Villas at Sky Vista Homeowners Association* | |

## **ORDER**

**IT IS SO ORDERED.** This case is continued for a jury trial on the stacked calendar on January 7, 2019 at 9:00 a.m. Calendar Call will be held on January 2, 2019 at 1:30 p.m.

UNITED STATES DISTRICT JUDGE

DATED: November 29, 2018

47107770;1