1  ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
2  JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
3  AKERMAN LLP
1635 Village Center Circle, Suite 200
4  Las Vegas, NV 89134
Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
6  Email: jamie.combs@akerman.com

7  *Attorneys for Plaintiff Bank of America, N.A.*

8

9  **UNITED STATES DISTRICT COURT**

10  **DISTRICT OF NEVADA**

<table>
<tr><td>11</td><td>BANK OF AMERICA, N.A.,</td><td>Case No.:   2:16-cv-00422-JCM-PAL</td></tr>
<tr><td>12</td><td>Plaintiff,</td><td></td></tr>
<tr><td>13</td><td>vs.</td><td>**STIPULATION AND ORDER TO CONTINUE TRIAL**</td></tr>
<tr><td>14</td><td>THE VILLAS AT SKY VISTA HOMEOWNERS ASSOCIATION; THUNDER PROPERTIES, INC.; HAMPTON & HAMPTON COLLECTIONS LLC,</td><td>**(THIRD REQUEST)**</td></tr>
<tr><td>16</td><td>Defendants.</td><td></td></tr>
</table>

18       Plaintiff, Bank of America **("BANA"),** by and through its attorneys of record, and

19  Defendants, The Villas At Sky Vista Homeowners Associations **("HOA"),** Thunder Properties, Inc.

20  **("Thunder"),** and Hampton & Hampton Collections, LLC **("Hampton"),** by and through each of

21  their respective counsels of record, hereby stipulate to continue trial to the next available stack

22  convenient for the court on or after February 8, 2019.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

47379452;1

This request is made in good faith and not for the purpose of delay.

Dated: December 31, 2018

**AKERMAN LLP**

*/s/ Jamie K. Combs*
Ariel E. Stern, Esq.
Nevada Bar No. 8276
Jamie K. Combs, Esq.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for Plaintiff Bank of America, N.A.*

**ROGER P. CROTEAU & ASSOCIATES, LTD.**

*/s/ Timothy Rhoda*
Roger P. Croteau, Esq.
Nevada Bar No. 4958
Timothy Rhoda, Esq.
Nevada Bar No. 7878
9120 West Post Road, Ste. 100
Las Vegas, Nevada 89148
*Attorneys for Defendant Thunder Properties, Inc.*

**TYSON & MENDES, LLP**

*/s/ Christopher A. Lund*
Thomas E. McGrath, Esq.
Nevada Bar No. 7086
Christopher A. Lund, Esq.
Nevada Bar No. 12435
8275 South Eastern Ave., Ste. 115
Las Vegas, NV 89123
*Attorney for Defendant the Villas at Sky Vista Homeowners Association*

**HAMPTON & HAMPTON**

*/s/ Brandon Wood*
Brandon Wood, Esq.
Nevada Bar No. 12900
6224 West Desert Inn Road
Las Vegas, NV 89146
*Attorney for Defendant Hampton & Hampton Collections LLC*

## ORDER

**IT IS SO ORDERED.** This case is continued for a jury trial on the stacked calendar on February 11, 2019 at 9:00 am . Calendar Call will be held on February 6, 2019 at 1:30 p;m.

UNITED STATES DISTRICT JUDGE

DATED: January 2, 2019

47379452;1