1 ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
2 TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
3 ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
4 Las Vegas, Nevada 89148
(702) 254-7775
5 (702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
6 *Attorney for Defendant*
**THUNDER PROPERTIES, INC.**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BANK OF AMERICA, N.A., | )<br>)<br>) |
| Plaintiff, | ) Case No. 2:16-cv-00422-JCM-PAL |
| vs. | )<br>) |
| THE VILLAS AT SKY VISTA HOMEOWNERS ASSOCIATION; THUNDER PROPERTIES, INC.; HAMPTON & HAMPTON COLLECTIONS, LLC, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO RECONSIDER ORDER DENYING SUMMARY JUDGMENT**
**(First Request)**

COMES NOW Plaintiff, BANK OF AMERICA, N.A. (*"BANA"*), and Defendants, THUNDER PROPERTIES, INC. (*"Thunder"*); THE VILLAS AT SKY VISTA HOMEOWNERS ASSOCIATION; and HAMPTON & HAMPTON COLLECTIONS, LLC, by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On February 4, 2019, BANA filed and served its Motion to Reconsider Order Denying Summary Judgment [ECF No. 88] ("*Motion*").

2. Pursuant to the Federal Rules of Civil Procedure, an opposition to the Motion is

9928 Lone Wolf

presently due from Thunder on or before February 19, 2019.

3. As a result of numerous other pending work and personal obligations, including a Reply Brief due on February 19, 2019 in an unrelated Nevada Supreme Court matter, Thunder's counsel has requested and extension of time in which to file its Opposition to the Motion.

4. Thunder shall be granted an extension of time in which to file its Opposition to the Motion until February 25, 2019.

5. BANA shall be granted an extension of time in which to file any reply, up to and including March 7, 2019.

6. This Stipulation is made in good faith and not for purpose of delay.

Dated this ____19th____ day of February, 2019.

ROGER P. CROTEAU &
  ASSOCIATES, LTD.

AKERMAN, LLP

/s/ *Timothy Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
croteaulaw@croteaulaw.com
*Attorney for Plaintiff*
*Thunder Properties, Inc.*

/s/ *Jamie Combs*
Ariel E. Stern, Esq.
Nevada Bar No. 8276
Jamie K. Combs, Esq.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorney for Plaintiff*
*Bank of America, N.A.*

**IT IS SO ORDERED.**

By: _____
UNITED STATES DISTRICT JUDGE

Dated: February 21, 2019