ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**THUNDER PROPERTIES, INC.**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br>　　　　　　　Plaintiff, <br><br>vs. <br><br>THE VILLAS AT SKY VISTA HOMEOWNERS ASSOCIATION; THUNDER PROPERTIES, INC.; HAMPTON & HAMPTON COLLECTIONS, LLC, <br><br>　　　　　　　Defendants. | Case No. 2:16-cv-00422-JCM-PAL |

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO RECONSIDER ORDER DENYING SUMMARY JUDGMENT**
(Second Request)

COMES NOW Plaintiff, BANK OF AMERICA, N.A. (*"BANA"*), and Defendants, THUNDER PROPERTIES, INC. (*"Thunder"*), by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On February 4, 2019, BANA filed and served its Motion to Reconsider Order Denying Summary Judgment [ECF No. 88] ("*Motion*").

2. On February 19, 2019, the Parties stipulated to extend the deadlines to respond to the Motion ("*Stipulation*"). This Stipulation was approved on February 22, 2019.

9928 Lone Wolf

3. Pursuant to the Stipulation, an opposition to the Motion is presently due from Thunder on or before February 25, 2019.

4. As a result of numerous other pending work and personal obligations, Thunder's counsel has requested an extension of time in which to file its Opposition to the Motion.

5. Thunder shall be granted an extension of time in which to file its Opposition to the Motion until March 4, 2019.

6. BANA shall be granted an extension of time in which to file any reply, up to and including March 14, 2019.

7. This Stipulation is made in good faith and not for purpose of delay.

Dated this ____25$^h$____ day of February, 2019.

| | |
|---|---|
| ROGER P. CROTEAU & ASSOCIATES, LTD. | AKERMAN, LLP |
| /s/ *Timothy Rhoda* | /s/ *Jamie Combs* |
| TIMOTHY E. RHODA, ESQ. | Ariel E. Stern, Esq. |
| Nevada Bar No. 7878 | Nevada Bar No. 8276 |
| 9120 West Post Road, Suite 100 | Jamie K. Combs, Esq. |
| Las Vegas, Nevada 89148 | Nevada Bar No. 13088 |
| (702) 254-7775 | 1635 Village Center Circle, Suite 200 |
| croteaulaw@croteaulaw.com | Las Vegas, Nevada 89134 |
| *Attorney for Plaintiff Thunder Properties, Inc.* | *Attorney for Plaintiff Bank of America, N.A.* |

*IT IS SO ORDERED.*

By: /s/ James C. Mahan
UNITED STATES DISTRICT JUDGE

Dated: February 26, 2019