ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**THUNDER PROPERTIES, INC.**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> THE VILLAS AT SKY VISTA HOMEOWNERS ASSOCIATION; THUNDER PROPERTIES, INC.; HAMPTON & HAMPTON COLLECTIONS, LLC, <br><br> Defendants. | Case No. 2:16-cv-00422-JCM-PAL |

**STIPULATION TO EXTEND TIME TO RESPOND TO
MOTION TO RECONSIDER ORDER DENYING SUMMARY JUDGMENT**
**(Third Request)**

COMES NOW Plaintiff, BANK OF AMERICA, N.A. (*"BANA"*), and Defendant, THUNDER PROPERTIES, INC. (*"Thunder"*), by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On February 4, 2019, BANA filed and served its Motion to Reconsider Order Denying Summary Judgment ("*Motion*"). [ECF #88].

2. On February 25, 2019, the Parties filed a second stipulation to extend the deadlines to respond to the Motion. [ECF #94]. This Stipulation was approved by the Court on February 26, 2019. [ECF #95]. Pursuant to the stipulation, a

Response to the Motion was to be filed by March 4, 2019, and a Reply was to be filed by March 14, 2019.

3. Thunder's counsel was serving on jury duty during the week of February 25, 2019. Upon returning to the office, counsel had a number of work obligations to catch up with. The deadline to respond to the Motion was inadvertently overlooked during this rather hectic time period. Counsel respectfully submits that this oversight constitutes excusable error.

4. Thunder's counsel has requested and shall be granted an additional extension of time in which to file its Opposition to the Motion until March 13, 2019.

5. BANA shall file any Reply on or before March 23, 2019.

6. This Stipulation is made in good faith and not for purpose of delay.

Dated this \_\_\_\_11th\_\_\_\_\_ day of March, 2019.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | AKERMAN, LLP |
|---|---|
| /s/ *Timothy E. Rhoda* | /s/ *Jamie K. Combs* |
| TIMOTHY E. RHODA, ESQ. | JAMIE K. COMBS, ESQ. |
| Nevada Bar No. 7878 | Nevada Bar No. 13088 |
| 9120 West Post Road, Suite 100 | 1635 Village Center Circle, Suite 200 |
| Las Vegas, Nevada 89148 | Las Vegas, Nevada 89134 |
| (702) 254-7775 | jamie.combs@akerman.com |
| croteaulaw@croteaulaw.com | ***Attorney for Plaintiff*** |
| ***Attorney for Plaintiff*** | ***Bank of America, N.A.*** |
| ***Thunder Properties, Inc.*** | |

IT IS SO ORDERED.

By: /s/ James C. Mahan
Judge, U.S. District Court

Dated: March 12, 2019