ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> THE VILLAS AT SKY VISTA HOMEOWNERS ASSOCIATION; THUNDER PROPERTIES, INC.; HAMPTON & HAMPTON COLLECTIONS LLC, <br><br> Defendants. | Case No. 2:16-cv-00422-JCM-PAL <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF BANK OF AMERICA, N.A.'S MOTION TO RECONSIDER ORDER DENYING SUMMARY JUDGMENT** <br><br> **(FIRST REQUEST)** |

Bank of America (**BANA**) and Thunder Properties, Inc. (**Thunder**) hereby stipulate and agree that BANA shall have an additional seven (7) days, up to and including **March 29, 2019**, to file its reply in support of motion to reconsider order denying summary judgment, which is currently due on March 23, 2019, pursuant to ECF No. 101. The motion was filed on February 4, 2019, and the response was filed on March 13, 2019.

. . .

. . .

. . .

. . .

{38615645;1}
48388571;1

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 22nd day of March, 2019.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| */s/ Jamie K. Combs* | */s/ Timothy E. Rhoda* |
| ARIEL E. STERN, ESQ. | ROGER P. CROTEAU, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 4958 |
| JAMIE K. COMBS, ESQ. | TIMOTHY E. RHODA, ESQ. |
| Nevada Bar No. 13088 | Nevada Bar No. 7878 |
| 1635 Village Center Circle, Suite 200 | 2810 W. Charleston Boulevard, Suite 75 |
| Las Vegas, Nevada 89134 | Las Vegas, NV 89102 |
| *Attorneys for Bank of America, N.A.* | *Attorneys for Thunder Properties, Inc.* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: March 27, 2019