ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> THE VILLAS AT SKY VISTA HOMEOWNERS ASSOCIATION; THUNDER PROPERTIES, INC.; HAMPTON & HAMPTON COLLECTIONS LLC, <br><br> Defendants. | Case No.: 2:16-cv-00422-JCM-PAL <br><br> **STIPULATION AND ORDER TO DISMISS CLAIMS AGAINST THE VILLAS AT SKY VISTA HOMEOWNERS' ASSOCIATION AND HAMPTON & HAMPTON COLLECTION, LLC WITH PREJUDICE** |

Plaintiff, Bank of America **("BANA"),** by and through its attorneys of record, and Defendants, The Villas At Sky Vista Homeowners Associations **("HOA"),** and Hampton & Hampton Collections, LLC **("Hampton"),** by and through their respective counsel of record and based on their settlement agreement, hereby stipulate that all BANA's claims against HOA and Hampton shall be dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii).

. . .

. . .

. . .

. . .

. . .

48848870;1

Each party shall bear its own costs and fees.

Dated: May 14, 2019

<table>
<tr><td>

**AKERMAN LLP**

*/s/ Jamie K. Combs*
Ariel E. Stern, Esq.
Nevada Bar No. 8276
Jamie K. Combs, Esq.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for Plaintiff Bank of America, N.A.*

</td><td>

**TYSON & MENDES, LLP**

*/s/ Thomas E. McGrath*
Thomas E. McGrath, Esq.
Nevada Bar No. 7086
Christopher A. Lund, Esq.
Nevada Bar No. 12435
8275 South Eastern Ave., Ste. 115
Las Vegas, NV 89123
*Attorney for The Villas at Sky Vista Homeowners Association*

</td></tr>
</table>

**HAMPTON & HAMPTON**

*/s/ Brandon Wood*
Brandon Wood, Esq.
Nevada Bar No. 12900
6224 West Desert Inn Road
Las Vegas, NV 89146
*Attorney for Defendant Hampton & Hampton Collections LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: May 14, 2019